**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Orsker McIRBY, Defendant–Appellant.**

No. 12–14792
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

May 21, 2013.

Steven E. Butler, Kenyen Ray Brown, Donna Barrow Dobbins, Gina S. Vann, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

Peter J. Madden, Kristen Gartman Rogers, Carlos Alfredo Williams, Federal Defender's Office, Mobile, AL, Orsker McIrby, FCI Oakdale, Oakdale, LA, for Defendant–Appellant.

Before HULL, MARCUS and JORDAN, Circuit Judges.

PER CURIAM:

Kristen Gartman Rogers, counsel for Orsker McIrby in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and McIrby's conviction and sentence are **AFFIRMED.**